IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE AND SUSAN PILEGGI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>                                        / | No. C 12-01333 WHA<br><br>**ORDER DENYING MOTION TO APPOINT INTERIM CLASS COUNSEL** |

     Plaintiffs have filed a motion to appoint interim class counsel on the grounds that the action "may be amenable to early resolution." Motions to appoint interim class counsel (and to approve settlement) will ordinarily be denied until the record is sufficiently developed such that the interests of absent class members can be determined. This usually requires that most or all discovery be completed. Expert reports may be necessary. Among other things, the available information must be sufficient to ascertain the contours of the class, the potential costs/benefits of the relief to absent class members, and the suitability of the plaintiffs as class representatives.

     Accordingly, the motion is **DENIED** without prejudice to renewal on a more complete factual record. Counsel should remember that if they truly seek only declaratory and injunctive

relief plus attorney's fees, then the release may not prejudice the right of class members to seek damages individually or as a class.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE