IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALVATORE AND SUSAN PILEGGI,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-01333 WHA

**ORDER REGARDING MOTIONS TO SEAL**

Plaintiffs have filed a motion to redact and seal documents in connection with their motion for class certification (Dkt. No. 32). The documents were designated "confidential" by the defendant pursuant to the parties' protective order. Under Local Rule 79-5(d), defendant had seven days to file a declaration supporting the confidentiality designations. Defendant did not do so. Accordingly, the unredacted versions of the documents shall be made a part of the public record.

Defendant has filed a motion to redact and seal documents in connection with its opposition to plaintiffs' class certification motion (Dkt. No. 36). The information relates to specific Wells Fargo's underwriting policies used to evaluate borrower loan applications for several of its loan products and programs. According to a declaration submitted by defendant's counsel, the information constitutes (Dkt. No. 36-1 ¶ 3):

> proprietary business information regarding Wells Fargo's policies and practices . . . . Wells Fargo has spent considerable time and resources developing its business policies and practices. Dissemination of this information to the public would reveal these

internal practices and products to Wells Fargo's competitors, potentially jeopardizing Wells Fargo's position in the marketplace.

Defendant's motion is **GRANTED**. This order is limited to the present filing only and expresses no opinion regarding whether defendant would be permitted to seal this information in connection with any future motions.

**IT IS SO ORDERED.**

Dated: March 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE