MIRANDA P. KOLBE (S.B.N. 214392)
Email: mkolbe@schubertlawfirm.com
JASON A. PIKLER (S.B.N. 245722)
Email: jpikler@schubertlawfirm.com
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JEFFREY M. NORTON (*pro hac vice*)
Email: jnorton@nfllp.com
NEWMAN FERRARA LLP
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

Counsel for Plaintiffs

MARK D. LONERGAN (S.B.N. 143622)
Email: mdl@severson.com
CHARLES D. MARSHALL (S.B.N. 236444)
Email: cdm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Counsel for Defendant Wells Fargo Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVATORE AND SUSAN PILEGGI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 12-01333 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DISCOVERY AND FILING OF SUPPLEMENTAL BRIEFS**<br><br>[CIVIL LOCAL RULES 6-2, 7-12] |

- 2 -

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs Salvatore and Susan Pileggi and Defendant Wells Fargo Bank, N.A., by and through their respective counsel, hereby stipulate as follows:

WHEREAS at the hearing on Plaintiffs' Motion for Class Certification on April 4, 2013, the Court raised certain concerns about the motion and the issues addressed in the parties' respective briefs.

WHEREAS the Court issued an order allowing the parties four weeks with which to conduct "limited discovery" and to submit supplemental briefs that addressed its concerns.

WHEREAS, pursuant to this order, the parties must file their supplemental briefs by May 2, 2013, and response briefs by May 6, 2013.

WHEREAS Plaintiffs have propounded certain discovery; Wells Fargo has commenced the production of information in response to those requests; and the parties have met and conferred about the scope of the requests, the information to be provided, and the timing of the production.

WHEREAS, as more fully explained in the accompanying Declaration of Jason A. Pikler, the parties have come to realize that four weeks will not be sufficient to enable the parties to produce and review the requested documents, to conduct the necessary depositions, and to analyze the resulting deposition transcripts prior to filing the supplemental brief.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, to extend by 30 days the time allotted to complete the limited discovery ordered by the Court and the deadline for submitting the supplemental briefs.  The parties shall file their supplemental briefs by June 3, 2013, and response briefs by June 7, 2013.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 22, 2013 | SCHUBERT JONCKHEER & KOLBE LLP |
| 3 | | /s/ Jason A. Pikler |
| | | By: Jason A. Pikler |
| 4 | | |
| 5 | | Three Embarcadero Center, Suite 1650 |
| | | San Francisco, California  94111 |
| 6 | | Telephone:  (415) 788-4220 |
| | | Facsimile: (415) 788-0161 |

Dated: April 22, 2013     SCHUBERT JONCKHEER & KOLBE LLP

    /s/ Jason A. Pikler
  By:  Jason A. Pikler

Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone:  (415) 788-4220
Facsimile: (415) 788-0161

NEWMAN FERRARA LLP
Jeffrey M. Norton
Randolph M. McLaughlin
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

Dated: April 22, 2013     SEVERSON & WERSON

    /s/ Charles D. Marshall
  By:  Charles D. Marshall

One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone:  (415) 398-3344
Fax: (415) 956-0439

*Counsel for Defendant*

I, Jason A. Pikler, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: April 22, 2013         /s/ Jason A. Pikler
  By: Jason A. Pikler

- 3 -

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

1. The parties shall have an additional 30 days to complete the limited discovery ordered by the Court and to file their supplemental briefs.

2. The parties shall file their supplemental briefs by June 3, 2013.

3. The parties shall file any response briefs by June 7, 2013.

Ordered this __23__ day of ___April___, 2013

_____
The Honorable William H. Alsup
United States District Court Judge

- 4 -

STIP. AND [~~PROP.~~] ORDER RE SUPPL. BRIEFS
Case No. CV 12 1333 WHA