| | |
|---|---|
| MIRANDA P. KOLBE (S.B.N. 214392) | MARK D. LONERGAN (S.B.N. 143622) |
| Email: mkolbe@schubertlawfirm.com | Email: mdl@severson.com |
| JASON A. PIKLER (S.B.N. 245722) | CHARLES D. MARSHALL (S.B.N. 236444) |
| Email: jpikler@schubertlawfirm.com | Email: cdm@severson.com |
| SCHUBERT JONCKHEER & KOLBE LLP | SEVERSON & WERSON |
| Three Embarcadero Center, Suite 1650 | A Professional Corporation |
| San Francisco, California 94111 | One Embarcadero Center, Suite 2600 |
| Telephone: (415) 788-4220 | San Francisco, California 94111 |
| Facsimile: (415) 788-0161 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| JEFFREY M. NORTON (*pro hac vice*) | |
| Email: jnorton@nfllp.com | Counsel for Defendant Wells Fargo Bank |
| NEWMAN FERRARA LLP | |
| 1250 Broadway, 27th Fl. | |
| New York, NY 10001 | |
| Telephone: (212) 619-5400 | |
| Facsimile: (212) 619-3090 | |

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVATORE AND SUSAN PILEGGI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 12-01333 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE TIME FOR DISCOVERY AND FILING OF SUPPLEMENTAL BRIEFS BY AN ADDITIONAL SEVEN DAYS**<br><br>[CIVIL LOCAL RULES 6-2, 7-12] |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs Salvatore and Susan Pileggi and Defendant Wells Fargo Bank, N.A., by and through their respective counsel, hereby stipulate as follows:

WHEREAS at the hearing on Plaintiffs' Motion for Class Certification on April 4, 2013, the Court raised certain concerns about the motion and the issues addressed in the parties' respective briefs.

WHEREAS the Court issued an order allowing the parties four weeks with which to conduct "limited discovery" and to submit supplemental briefs that addressed its concerns.

WHEREAS, due to the unexpected variety and complexity of Wells Fargo's computer systems and databases, the parties sought and received a 30-day extension of the deadlines to complete discovery and submit their supplemental briefs (Docket Nos. 45 and 46).

WHEREAS, as more fully explained in the accompanying Declaration of Jason A. Pikler, an additional week is needed to give the parties time to fully comply with the outstanding discovery requests, while allowing the parties sufficient time to finalize their supplemental briefs.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, to extend by seven days the time allotted to complete the limited discovery ordered by the Court and the deadline for submitting the supplemental briefs.  The parties shall file their supplemental briefs by June 10, 2013, and response briefs by June 14, 2013.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 17, 2013 | SCHUBERT JONCKHEER & KOLBE LLP |
| 3 | |    /s/ Jason A. Pikler<br>  By: Jason A. Pikler |

Dated: May 17, 2013                             SCHUBERT JONCKHEER & KOLBE LLP

                                                                   /s/ Jason A. Pikler
                                                                  By: Jason A. Pikler

Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

NEWMAN FERRARA LLP
Jeffrey M. Norton
Randolph M. McLaughlin
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090

*Counsel for Plaintiffs*

Dated: May 17, 2013                             SEVERSON & WERSON

                                                             /s/ Charles D. Marshall
                                               By: Charles D. Marshall

One Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone: (415) 398-3344
Fax: (415) 956-0439

*Counsel for Defendant*

I, Jason A. Pikler, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: May 17, 2013                                /s/ Jason A. Pikler
                                                                       By: Jason A. Pikler

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

1. The parties shall have an additional seven (7) days to complete the limited discovery ordered by the Court and to file their supplemental briefs.

2. The parties shall file their supplemental briefs by June 10, 2013.

3. The parties shall file any response briefs by June 14, 2013.

Ordered this __20__ day of ____May____, 2013



The Honorable William H. Alsup
United States District Court Judge

- 4 -

STIP. AND [PROP.] ORDER RE EXTENSION OF TIME
Case No. CV 12 1333 WHA