IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALVATORE and SUSAN PILEGGI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

Defendant.

No. C 12-01333 WHA

**ORDER RE REQUEST TO EXTEND CASE MANAGEMENT DATES**

The denial of class certification should have simplified, not complicated, this case. Therefore, the Court is unpersuaded that the case management order needs to be extended in light of the denial of class certification. Nonetheless, all remaining dates will be extended by twenty-one calendar days to accommodate counsel. If counsel has a conflict with this extension, then we will revert to the original dates. The new dates will be:

1. The non-expert discovery cut-off date shall be **SEPTEMBER 20, 2013**.

2. The last date for designation of expert testimony shall be **SEPTEMBER 20, 2013**.

3. The last date to file dispositive motions shall be **OCTOBER 24, 2013**.

4. The final pretrial conference shall be at **2:00 P.M. ON DECEMBER 23, 2013**

5. The jury trial shall began on **JANUARY 6, 2014, AT 7:30 A.M.**

Please respond jointly by **NOON ON AUGUST 23, 2013**, if you accept the new dates or would prefer to revert back to the old dates.

**IT IS SO ORDERED.**

Dated: August 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2