IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALVATORE AND SUSAN PILEGGI,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-01333 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court is in receipt of the parties' notice of settlement but cautions that all deadlines and hearings remain active and in place until a dismissal is filed.

    **IT IS SO ORDERED.**

Dated: December 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE